IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAY BRUCE, JR                                                                PLAINTIFF

V.                              Civil No. 4:11-cv-4106

T. FENSKE                                                                   DEFENDANT

## <u>ORDER</u>

Before the Court is the Report and Recommendation filed December 14, 2012 by the
Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.
(ECF No. 55). Judge Bryant has reviewed Plaintiff's Motion for Temporary Restraining Order
and/or Preliminary Injunction (ECF No. 36) and Motion to Demonstrate Mail Tampering (ECF
No. 43) and recommends denying the motions. The parties have not filed objections to the
Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1).
After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own.
Accordingly, Plaintiff's motions should be and hereby are **DENIED**.

      **IT IS SO ORDERED**, this 2nd day of January, 2013.

                                 /s/ Susan O. Hickey
                                 Hon. Susan O. Hickey
                                 United States District Judge