IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAY BRUCE, JR.                                                                                                PLAINTIFF

VS.                                         Civil No. 4:11-cv-4106

T. FENSKE,
Correctional Officer,
Texarkana Work Release Center                                                                  DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed February 27, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 59). Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 17) be granted and that this case be dismissed without prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motions to Demonstrate (ECF Nos. 37 & 50), which Judge Bryant construed as responses to the Motion for Summary Judgment, are **DENIED**.

**IT IS SO ORDERED**, this 19th day of March, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge